**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SALLY A. GORHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:10-cv-00519-GMN-LRL |
| v. | ) |
| | ) |
| NATIONAL PARK SERVICE, et. al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## REPORT & RECOMMENDATION

Plaintiff submitted an Application to Proceed *In Forma Pauperis* and a Complaint pursuant to 42 U.S.C. § 1983 (#1) on April 13, 2010. Upon granting her request to proceed *in forma pauperis*, this court screened the Complaint pursuant to 28 U.S.C. § 1915(a), finding that plaintiff had failed to state a claim upon which relief could be granted under *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). This court, therefore, dismissed the Complaint on July 22, 2010, and instructed plaintiff to amend her Complaint to cure the deficiencies listed by the court. Order (#3). *See Cato v. United States,* 70 F.3d 1103, 1106 (9th Cir. 1985). Plaintiff was warned that failure to adequately amend the Complaint by August 21, 2010, may result in dismissal. On August 23, 2010, the court granted plaintiff's Motion to Extend Time to File Amended Complaint (#5). Minute Order (#6). Plaintiff was ordered to file her amended complaint not later than August 30, 2010. To date, plaintiff has not filed an amended complaint or any other paper.

. . .

. . .

. . .

**RECOMMENDATION**

Based on the foregoing, it is the recommendation of the undersigned United States Magistrate Judge that this case be dismissed with prejudice.

DATED this 22nd day of October, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**