UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SALLY A. GORHAM, | ) | Case No.: 2:10-cv-00519-GMN-LRL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| NATIONAL PARK SERVICE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Before the Court is Plaintiff Sally A. Gorham's Complaint (ECF No. 1), filed on April 13, 2010. On October 25, 2010, the Honorable Lawrence R. Leavitt, United States Magistrate Judge, entered a Report and Recommendation (ECF No. 7) recommending that Plaintiff's case be dismissed. No objections to the Report and Recommendation have been filed.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-9 and determines that Magistrate Judge Leavitt's Report and Recommendation should be ACCEPTED.

    IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendation (ECF No. 7) is ACCEPTED and Plaintiff's case is DISMISSED with prejudice.

    DATED this 6th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge